RECEIVED
SEP 1 5 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY: _____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BEAUX CORMIER,<br>　　　Plaintiff<br><br>VERSUS<br><br>JAMIE TREVILLIA, et al.,<br>　　　Defendants | CIVIL ACTION<br>SECTION "P"<br>NO. 1:13-CV-00840<br><br>JUDGE STAGG<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Cormier's complaint against Secretary LeBlanc is DISMISSED WITHOUT PREJUDICE under Fed.R.Civ.P. 4(m).

IT IS FURTHER ORDERED that defendants' motion for summary judgment IS GRANTED as to Warden Lance Moore and Cormier's action against Warden Moore is DISMISSED WITH PREJUDICE.

IT IS FURTHER RECOMMENDED that defendants' motion for summary judgment is DENIED as to Officer Trujillo.

THUS ORDERED AND SIGNED in Chambers at Shreveport, Louisiana, on this 15th day of September 2014.

TOM STAGG
UNITED STATES DISTRICT JUDGE